**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHERRY  KATZ-CRANK a Michigan resident, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-00159-TWP-DML |
| vs. | ) ) | |
| KIMBERLY  HASKETT individually and in her official capacity as an investigator for the Indiana Secretary of State, CHARLIE  WILLIAMS individually and in his official capacity as an investigator for the Indiana Secretary of State, TODD  ROKITA individually and as former Secretary of State for Indiana, CARL  BRIZZI individually and as former Prosecutor for Marion County, Indiana, MARY  HUTCHISON individually and as Assistant Prosecutor for Marion County, Indiana, BARBARA  CRAWFORD individually and as Former Assistant Prosecutor for Marion County, Indiana, THOMAS  TRATHEN individually as as Chief Investigator for Marion County, Indiana, MARION, COUNTY OF Indiana, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Having made its Entries granting dismissal in favor of Defendants Kimberly Haskett, Charlie Williams, Todd Rokita, Carl Brizzi, Mary Hutchison, Barbara Crawford, Thomas Trathen and Marion County, Indiana, the Court hereby enters JUDGMENT in favor of Defendants and against the Plaintiff.  Plaintiff shall take nothing by way of her complaint and this action is terminated.

SO ORDERED:

Date: 3/18/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court


Distribution:

Derek S. Wilczynski
BLANCO WILCZYNSKI, PLLC
dsw@blancopc.com

Nicole L. Coroiu
BLANCO WILCZYNSKI, PLLC
nlc@blancopc.com

Orlando L. Blanco
BLANCO WILCZYNSKI, PLLC
olb@blancopc.com

R. Eric Sanders
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
eric.sanders@indy.gov

Dino L. Pollock
INDIANA ATTORNEY GENERAL
dino.pollock@atg.in.gov

Beth Ann Garrison
OFFICE OF CORPORATION COUNSEL
beth.garrison@indy.gov

Amanda J. Dinges
OFFICE OF CORPORATION COUNSEL
amanda.dinges@indy.gov

David A. Arthur
OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov